FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ROSHAUN NAKIA PORTER DEFENDANT(S). | CASE NUMBER SA 12-148M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __Thursday__, __April 12__, at __3 p.m.__ ☐ a.m. / ☒ p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/10/12__

U.S. ~~District Judge~~/Magistrate Judge

**JEAN P. ROSENBLUTH**